IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEXTER SMITH,

      Petitioner,

vs.                                     CASE NO. 4:08cv40-SPM/WCS

WALTER A. McNEIL,

      Respondent.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

On October 13, 2008, this Court issued an order adopting the Magistrate Judge's Report and Recommendation (doc. 30). The Petitioner had filed objections to the Report and Recommendations. (doc. 27). Those objections were fully considered by this Court. Notwithstanding Petitioner's objections, this Court adopted the Report and Recommendation of the Magistrate Judge.

The Petitioner has since filed a document entitled "Motion to Rebuttal. " (doc. 32) This document shall be reviewed as a Motion for Reconsideration. This document states that Petitioner has made a prima facie showing of a violation of his Constitutional rights. Upon de novo reconsideration of this matter in light of Petitioner's most recent arguments, the Court again finds that it's initial conclusion was accurate and that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 30) is ADOPTED and incorporated by reference in this order.

2. Petitioner's § 2254 petition for writ of habeas corpus (doc. 1) is hereby ***dismissed with prejudice***.

3. This case is now closed. The Clerk of the Court is directed to return any mail received from this Petitioner regarding this case.

DONE AND ORDERED this <u>sixth</u> day of February, 2009.


      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge